Luria, on the ground that the transactions with them did not constitute loans, but sales of an interest in the estate. I also dissent from the affirmance of so much of the judgment as adjudges the purchases of jewelry from the defendant Silverman to have been usurious transactions.

MURTHA, Respondent, v. CENTRAL PARK, N. & E. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Mary Murtha against the Central Park, North & East Railroad Company. C. H. Tuttle, of New York City, for appellant. F. J. Hogan, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

McLAUGHLIN and CLARKE, JJ., dissent.

MYERS, Appellant, v. CHANDLER, Respondent. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Florence M. Myers against Walter M. Chandler. J. A. Gray, of New York City, for appellant. F. C. Scofield, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re NEAL et al. In re CIVIL REMEDIES ASS'N. (Supreme Court, Appellate Division, First Department. July 11, 1912.) In the matter of Elbridge H. Neal and others. In the matter of the Civil Remedies Association. No opinion. See memorandum.

NEAL, Appellant, v. BALL et al., Respondents. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Sarah C. Neal against Ancell H. Ball and others. S. Fine, of New York City, for appellant. A. D. Kenyon, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NEALON, Respondent, v. SOUTH BUFFALO RY. CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 15, 1913.) Action by John J. Nealon against the South Buffalo Railway Company, impleaded with others.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, without costs. Held that, upon the facts disclosed by the record, the plaintiff was not entitled to a bill of particulars.

ROBSON, J., dissents.

NEWCOMB, Appellant, v. LA ROE, Respondent. (Supreme Court, Appellate Division, First Department. February 7, 1913.) Action by Warren P. Newcomb, as executor, against Jeanne La Roe. B. Patterson, of New York City, for appellant. N. L. Robinson, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NEW ENGLAND THEATERS CO., Respondent, v. WORKINGMEN'S CO-OP. PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 3, 1913.) Action by the New England Theaters Company against the Workingmen's Co-operative Publishing Company. S. J. Block, of New York City, for appellant. W. T. Kohn, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed.

NEW YORK TIMES CO. v. LICHTENSTEIN. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by the New York Times Company against Julius Lichtenstein. No opinion. Application denied, with $10 costs. Order signed.

NICHOLS, Respondent, v. HENDERSON, Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1912.) Action by John H. Nichols against Charles W. Henderson. No opinion. Judgment unanimously affirmed, with costs.

In re NORTH RIVER STEAMBOAT CO. (Supreme Court, Appellate Division, Second Department. January 10, 1913.) In the matter of the application of the North River Steamboat Company for a license to keep and maintain a ferry. From an order the North River Ferry Company appeals. (Appeal No. 1.) No opinion. Order affirmed, with $10 costs and disbursements.

In re NORTH RIVER STEAMBOAT CO. (Supreme Court, Appellate Division, Second Department. January 10, 1913.) In the matter of the application of the North River Steamboat Company for a license to keep and maintain a ferry. From an order the North River Ferry Company appeals. (Appeal No. 2.) No opinion. Order affirmed, with $10 costs and disbursements.

In re NORTH RIVER STEAMBOAT CO. (Supreme Court, Appellate Division, Second Department. January 10, 1913.) In the matter of the application of the North River Steamboat Company to extend its corporate existence. From an order the North River Ferry Company appeals. No opinion. Order affirmed, with $10 costs and disbursements.

NORTH SHORE BUILDING LOAN & SAVINGS ASS'N v. REID et al. (Supreme Court, Appellate Division, Second Department.

January 10, 1913.) Action by the North Shore Building Loan & Savings Association against John J. Reid and Mary Reid. No opinion. Judgment affirmed, with costs.

---

**NORTH SIDE BANK OF BROOKLYN v. BURGER et al.** (Supreme Court, Appellate Division, Second Department. January 28, 1913.) Action by the North Side Bank of Brooklyn against Hattie E. Burger and others.

PER CURIAM. Motion granted, on condition that within five days appellant execute and file a bond, with sufficient surety, in the sum of $1,000, to indemnify respondent against all loss and damage that may result from the granting of this stay, and also take such steps as may be necessary to protect the property from the foreclosure of the first mortgage pending the hearing and determination of the appeal.

---

**OBERMAYER, Respondent, v. GEERING, Appellant.** (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Otto Obermayer against Adolph Geering. C. C. Miller, of New York City, for appellant. J. J. Schwartz, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 146 App. Div. 927, 933, 131 N. Y. Supp. 1132.

---

**ODELL, Respondent, v. GENESEE CONST. CO., Appellant.** (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by Herbert Odell against the Genesee Construction Company. No opinion. Motion for leave to appeal to Court of Appeals (from 138 N. Y. Supp. 1132) denied, with $10 costs.

---

**O'NEILL v. BERNHEIMER & SCHWARTZ CO.** (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by Nora O'Neill against the Bernheimer & Schwartz Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 138 N. Y. Supp. 1132.

---

**O'NEILL, Respondent, v. RUPPERT, Appellant.** (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Action by Annie O'Neill against George E. Ruppert.

PER CURIAM. Judgment and order affirmed, with costs.

WOODWARD, J., dissents.

---

**In re O'SULLIVAN.** (Supreme Court, Appellate Division, First Department. January 10, 1913.) In the matter of Michael O'Sullivan. No opinion. Application denied. Settle order on notice. See, also, 144 App. Div. 936, 129 N. Y. Supp. 1138.

---

**PASSARELLI, Respondent, v. THRAN, Appellant.** (Supreme Court, Appellate Division,

Fourth Department. January 8, 1913.) Action by Antonio Passarelli against Adam Thran. No opinion. Judgment and order affirmed, with costs.

---

**PASSARELLI, Respondent, v. THRAN, Appellant.** (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by Maria Passarelli against Adam Thran. No opinion. Judgment and order affirmed, with costs.

---

**PENNSYLVANIA R. CO. v. TITUS.** (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by the Pennsylvania Railroad Company against James L. Titus. No opinion. Application granted. Order signed. See, also, 78 Misc. Rep. 347, 138 N. Y. Supp. 325.

---

**PEOPLE v. ANDERSON.** (Supreme Court, Appellate Division, First Department. January 17, 1913.) Proceeding by the People of the State of New York against Harry Anderson. No opinion. Motion granted. Order filed.

---

**PEOPLE, Respondent, v. BATTLEORO, Appellant.** (Supreme Court, Appellate Division, Second Department. January 10, 1913.) Proceeding by the People of the State of New York against Genaro Battleoro. No opinion. Judgment of conviction of the Court of Special Sessions affirmed. See, also, 152 App. Div. 938, 137 N. Y. Supp. 1133.

---

**PEOPLE, Respondent, v. BERNSTEIN, Appellant.** (Supreme Court, Appellate Division, First Department. January 3, 1913.) Proceeding by the People of the State of New York against Solomon Bernstein. K. H. Rosenberg, of New York City, for appellant. Stanley L. Richter, of New York City, for respondent. No opinion. Judgment affirmed. Order filed. See, also, 137 N. Y. Supp. 1133.

---

**PEOPLE v. BROOKLYN BANK IN CITY OF NEW YORK.** (Supreme Court, Appellate Division, Third Department. January 8, 1913.) Proceeding by the People of the State of New York against the Brooklyn Bank in the City of New York. No opinion. Motion granted. See, also, 138 N. Y. Supp. 1134.

---

**PEOPLE, Respondent, v. CALIBRETTI, Appellant.** (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Proceeding by the People of the State of New York against Frank Calibretti. No opinion. Motion to dismiss appeal denied, on condition that appellant perfect his appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted.